United States District Court
Southern District of Texas
**ENTERED**
December 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DIAS, Cliff<br>*Petitioner,*<br>vs.<br><br>Bret BRADFORD, Houston Acting Field Office Director for U.S. Immigration and Customs Enforcement and Removal, Operations (ERO), Joe M. SMITH, Warden Joe Corley Processing Center, and Krisit NOEM, Secretary, United States Department of Homeland Security and Pamela BONDI, United States Attorney General<br>*Respondents.* | § § § § § § § § § § § § § § § §  Cause No. 4:25-cv-05436<br>Agency Number A 209-451-707<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## ORDER

Unopposed Motion to Withdraw Writ of Habeas Corpus and Dismiss this lawsuit is hereby **GRANTED** / ~~DENIED~~.

SIGNED ON ___December 10___, 2025, at Houston, Texas.

*[signature]*
United States District Judge